BEFORE THE THIRD DIVISION, JUNE 26, 1967

No. P67/220.—J. W. Lewis, a/c W. G. Conway Co. v. United States, protests 312316–K, 312317–K, and 312318–K (Laredo).

RICHARDSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of peanuts; that the issues involved are similar in all material respects to those in *The Best Foods, Inc.* v. *United States* (50 Cust. Ct. 94, C.D. 2396); that said decision was the subject of *United States* v. *The Best Foods, Inc.* (51 CCPA 1, C.A.D. 827), which modified the judgment in C.D. 2396 and remanded the case for further proceedings; and that pursuant to this remand, the Customs Court entered its judgment order (52 Cust. Ct. 234, Abstract 68229), directing the collector to reliquidate the entries and refund the fee collected on 50 percent of the merchandise, the claim of the plaintiff was sustained as to 50 percent of the merchandise and dismissed as to the balance.

BEFORE THE SECOND DIVISION, JUNE 27, 1967

No. P67/221.—Sims-Worms, Inc. v. United States, protests 65/481 and 65/14239 (Los Angeles).

RAO, C. J. In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 CCPA 20, C.A.D. 723), and that the items of merchandise marked "W" consist of waterproof twill back cotton velveteen cloth similar in all material respects to that the subject of *Amity Fabrics, Inc.* v. *United States* (51 Cust. Ct. 97, C.D. 2416), the claim of the plaintiff was sustained.

No. P67/222.—M. Pressner & Co., Inc. v. United States, protest 66/8970 (New York).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of miniature pocket-knives similar in all material respects to those the subject of *Paul E. Sernau, Inc.* v. *United States* (46 Cust. Ct. 514, Abstract 65737), the claim of the plaintiff was sustained.